UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

**Case No.  CV 25-10499-MWF (SKx)**                    **Date:  December 22, 2025**
Title:  Jesus Garcia v. Galaxy Party and Decors LLC et al.

Present:    The Honorable MICHAEL W. FITZGERALD, U.S. District Judge

Deputy Clerk:                              Court Reporter:
Rita Sanchez                              Not Reported

Attorneys Present for Plaintiff:          Attorneys Present for Defendant:
None Present                              None Present

**Proceedings (In Chambers):**        ORDER TO SHOW CAUSE WHY ANSWER
SHOULD NOT BE STRICKEN AS TO
DEFENDANT GALAXY PARTY & DECORS LLC

On December 12, 2025, Defendants Gabino Cortez and Galaxy Party & Decors, LLC ("Galaxy") filed an Answer to the Complaint. (*See* Docket No. 19). The Answer indicates that it was putatively filed on behalf of Galaxy "care of" Maria Cervantes, whose relationship to the corporation is not explained in the Answer. (*See* Answer at 1).

On the same date, Defendant Gabino Cortez and Ms. Cervantes filed a "Notice to Self-Representation," indicating that they both intend to proceed *pro se* in this action. (Docket No. 16).

While Defendant Cortez may proceed *pro se* as an individual, corporate entities must appear in federal court through counsel. *See Rowland v. Cal. Men's Colony, Unit II Men's Advisory Council*, 506 U.S. 194, 201-02 (1993) (only natural persons may proceed in forma pauperis because, inter alia, organizations need a lawyer in federal court); *Osgood v. Main Street Mktg*., LLC, No. 16CV2415-GPC(BGS), 2017 WL 7362740, at *2 (S.D. Cal. Mar. 27, 2017) (explaining that an LLC may not proceed without counsel).

Accordingly, Galaxy must retain counsel before appearing in this action. Galaxy is therefore **ORDERED TO SHOW CAUSE** as to why the Answer filed on December 12, 2025, should not be stricken, which would allow Plaintiff to request entry of

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

**Case No.  CV 25-10499-MWF (SKx)**                      **Date:  December 22, 2025**
Title:  Jesus Garcia v. Galaxy Party and Decors LLC et al.

default.  Galaxy may satisfy this OSC by retaining counsel, who must file a Notice of Appearance no later than **January 16, 2026.**

The deadline for Galaxy to file an Answer is **extended** to **January 30, 2026**. Defendant Cortez's Answer stands filed.

As a courtesy, chambers staff are directed to email this Order to Ms. Cervantes.

IT IS SO ORDERED.

Parties in court without a lawyer are called "pro se litigants." These parties often face special challenges in federal court. Public Counsel runs a free Federal Pro Se Clinic where pro se litigants can get information and guidance. The Clinic is located at the Roybal Federal Building and Courthouse, 255 East Temple Street, Los Angeles, CA 90012. Pro se litigants must call or submit an on-line application to request services as follows: on-line applications can be submitted at http://prose.cacd.uscourts.gov/los-angeles, or call (213) 385-2977, ext. 270.